## Frank Parmelee v. Bernard A. Ennis.

1. APPELLATE COURT PRACTICE—*Objections Must be Made in the Court Below.*—It is too late to raise the objection for the first time in the Appellate Court that there is no evidence to support certain material allegations of the declaration.

**Memorandum.**—Trespass on the case for lost baggage. Appeal from the Circuit Court of Cook County; the Hon. FRANK BAKER, Judge, presiding. Heard in this court at the March term, 1894, and affirmed. Opinion filed June 4, 1894.

EDMUND FURTHMANN, attorney for appellant.

ALEXANDER SULLIVAN, attorney for appellee.

MR. PRESIDING JUSTICE SHEPARD DELIVERED THE OPINION OF THE COURT.

The appellee, who was plaintiff below, coming into Chicago on a railroad train, delivered to an agent of the appellant a valise, to be carried to and delivered at a particular address in the city of Chicago, and paid the charges for so carrying and delivering it. The valise became lost while in the appellant's possession, and a suit for the value of the valise and its contents was brought and a judgment recovered.

At the time of the delivery of the valise to appellant's agent he gave to appellee a baggage check whereon was stamped, among other things, the words "Frank Parmelee Omnibus Line and Baggage Express, 132 Adams street, Chicago," and a particular number.

It is contended that there is no evidence to support the allegation of the declaration that the appellant was a common carrier. We do not concur in that contention, but if we did, it is too late to raise the objection for the first time in this court. Brannan v. Strauss, 75 Ill. 234.

The only contest on the trial was as to the amount of damages, and from the evidence we can not say that the jury

came to a conclusion so clearly wrong as to warrant us in disturbing their finding. The judgment is affirmed.

MR. JUSTICE GARY.

Frank Parmelee would rather lose much more than the amount of this judgment, than have to go upon the record of this court the expression of any doubt that he is a common carrier of passengers and their luggage.